# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Access North Center for Independent Living of Northeastern Minnesota, | Civil No. 14-3157 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Access North, LLC, and Kimberly Tyler, an Individual, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 20, 2014. (Doc. No. 8.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc. No. [8]) is **ADOPTED**.

2.	Defendant Access North, LLC, is **DISMISSED WITHOUT PREJUDICE** from this action, for Plaintiff's failure to comply with the Court's Order of September 23, 2014 (Doc. No. [6]) and for lack of prosecution.

Dated:  November 20, 2014        <u>s/Donovan W. Frank</u>
                                 DONOVAN W. FRANK
                                 United States District Judge